AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 1028508

| United States of America | ) | Case: 1:22-cr-00219 |
| v. | ) | Assigned to: Judge Cobb, Jia M. |
| TYRELL WOODRUFF | ) | Assign Date: 6/16/2022 |
|  | ) | Description: INDICTMENT (B) |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TYRELL WOODRUFF                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - (Unlawful Possession with Intent to Distribute Cocaine Base)
18 U.S.C. § 924(c)(1) - (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense)

Date: 06/16/2022

                                                                        **Robin M. Meriweather**
                                                                        *Issuing officer's signature*

City and state:   Washington, DC                                        Robin M. Meriweather, U.S. Magistrate Judge
                                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 6/16/22 , and the person was arrested on *(date)* 7/26/22
at *(city and state)* Washington DC .

Date: 7/26/22

                                                                        *Arresting officer's signature*

                                                                        Michael Tantillo   DUSM
                                                                        *Printed name and title*